548



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable C. G. Mendenhall
County Auditor
Chambers County
Anahuac, Texas

Dear Sir:

Opinion No. O-3532
Re: County Auditor -
Tax Collectors

Your request for an opinion has been received and carefully considered by this Department. We quote from your request as follows:

"Enclosed you will find a tax collectors form for monthly report of county taxes collected, which we have been using in this county for more than three years, and to which form the Tax Collector is now beginning to object, under the idea that there is no authority in Law to require him to make this kind of a report.

"On the Debit side of this form you will notice that it fits the tax items as they might appear upon the tax rolls. On the Credit side the items fit the tax rates as they have been set by the Commissioner's Court for the various funds of the County.

"We wish to submit various Statutes that we believe have bearing upon the authority of such conditions as are set forth upon this form:

"Article 7260 - Monthly reports of Tax Collector
7261 - Duties of County Clerk and Tax Collector - as amended that Auditor performs the duties of the Clerk.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. C. G. Mendenhall, page 2

752n - Duties of Assessor-Collector regarding sink-
    ing fund tax rates etc.
1651 - General Duties of County Auditor
1654 - Auditor to examine reports
1656 - Auditor to prescribe Forms, rules etc.
1657 - Deposits - with County Treasurer
1675 - County Clerk relieved of duties, where like
    duties are imposed upon County Auditor

"Of course we submit any other article in the
Statutes that may have a bearing upon this question:

" 'If there is no law requiring a Tax Collector
to report his collections in accordance with Tax Rates
as set by the Commissioner's Court, (but can report
them in totals according to the way they appear upon
the tax rolls), would the County Auditor acting under
Article 1656 have the authority to require a report to
be made, conforming fully to said Tax Rates, and if he
does, what Law is available for enforcement thereof.' "

We have carefully considered the statutes referred to by
you, and we have been unable to find any statute requiring the
tax collector to report his collections in accordance with tax
rates as set by the commissioners' court.

However, Article 1656, Vernon's Annotated Texas Civil
Statutes, vests broad powers in the county auditor with reference
to the matter inquired about. The statute declares:

"He shall prescribe and prepare the forms to
be used by all persons in the collection of county
revenues, funds, fees and all other moneys, and the
mode and manner of keeping and stating their accounts,
and the time, mode and manner of making their reports
to the auditor, also the mode and manner of making
their annual report of office fees collected and dis-
bursed, and the amount refunded to the county in ex-
cess of those allowed under the general fee bill law.
He shall have power to adopt and enforce such regula-
tions not inconsistent with the constitution and laws,
as he may deem essential to the speedy and proper
collection, checking and accounting of the revenues
and other funds and fees belonging to the county."

Hon. C. G. Mandenhall, page 3


It is our opinion that the county auditor has the authority under Article 1656, supra, to demand the report inquired about. The auditor has the power to adopt and enforce regulations not inconsistent with the Constitution and laws under the statute, but no specific method of enforcement is provided.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By      Wm. J. Fanning

Wm. J. Fanning
Assistant

APPROVED JUN 6 1941

FIRST ASSISTANT
ATTORNEY GENERAL

WJF:N


APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN